**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

Virgil L Bonds
and Rosa J Bonds

     Debtor(s),                                   CASE NO.: 12-04900-CED
                                                                              CHAPTER: 7

_____/

**REQUEST FOR NOTICE**
**AND REQUEST TO BE ADDED TO CREDITOR'S MATRIX**

TO: THE HONORABLE BANKRUPTCY CLERK

     COMES NOW, WELLS FARGO BANK, NA, its Successors and/or Assigns, a Creditor in the instant case, by virtue of that certain loan more specifically identified as loan number *******6710 and related to the property described as 26628 CHIANIAN DRIVE, and files this Request for Notice AND Request to be Added to Creditor's Matrix. The Creditor requests that any and all notices required under the Bankruptcy Rules, Bankruptcy Code, and Local Rules be sent to

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
(813) 251-4766

     The undersigned counsel's filing of this Request for Notice and Request to be Added to Creditor's Matrix should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
(813) 251-4766 Ext: 3485
Fax: 813-251-1541
Email: bkatt@defaultlawfl.com

By: /s/ Teresa M. Hair
Teresa M. Hair
Florida Bar No. 44079
ATTORNEY FOR WELLS FARGO BANK, NA