UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                        Case No. 8:12-bk-04900-CED
                                                              Chapter 7

Virgil L Bonds
Rosa J Bonds

    Debtor(s).
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

    Please take notice that the undersigned attorney hereby enters this notice of appearance as attorney for JPMorgan Chase Bank, National Association.  The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this case.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by CM/ECF transmission or standard first class mail on this 24th day of April, 2012 to the following:

Virgil L Bonds, 6315 Angus Valley Drive, Wesley Chapel, FL 33544
Rosa J Bonds, 6315 Angus Valley Drive, Wesley Chapel, FL 33544
Erik J Washington, 111 N Magnolia Avenue, Orlando, FL 32801
Nicole M. Cameron, 235 Apollo Beach Boulevard, #231, Apollo Beach, FL 33572
United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602

                                                     /s/ Amber Kourofsky_____
                                                     Amber Kourofsky, Esq.
                                                     FL Bar # 0085100
                                                     Shapiro, Fishman & Gaché, LLP
                                                     Attorney for Secured Creditor
                                                     4630 Woodland Corporate Blvd.
                                                     Suite 100
                                                     Tampa, FL  33614
                                                     Telephone: (813) 880-8888
                                                     Fax: (813) 880-8800
                                                     E-mail: akourofsky@logs.com

11-239349