UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Virgil L Bonds
Rosa J Bonds

Debtor(s).

Case No. 8:12-bk-04900-CED
Chapter 7

## MOTION FOR APPROVAL OF LOAN MODIFICATION AGREEMENT
## (RE: 26226 GLENHAVEN ROAD, WESLEY CHAPEL, FL 33544)

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 DAYS from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 801 North Florida Avenue, Suite 727, Tampa, Florida, 33602-3899, and serve a copy on the Movant's attorney, SHAPIRO, FISHMAN & GACHÉ, 4630 WOODLAND CORPORATE BLVD., SUITE 100, TAMPA, FL 33614.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

  Comes now JPMorgan Chase Bank, National Association, by and through its undersigned attorneys, moves the Court for an Order Approving Loan Modification Agreement, and in support thereof would show:

1. The Debtors filed their chapter 7 petition in the United States Bankruptcy Court for the Middle District of Florida on March 30, 2012.

2. That JPMorgan Chase Bank, National Association, is a secured creditor by virtue of a promissory note and mortgage on real property located at 26226 Glenhaven Road, Wesley Chapel, FL 33544.

3.  That JPMorgan Chase Bank, National Association and the Debtor have agreed to the terms set forth in the Agreement attached hereto as "Exhibit A," and seek approval of the Court and the entry of an Order authorizing the parties to enter into the Agreement.

WHEREFORE, the JPMorgan Chase Bank, National Association, moves this Honorable Court for an Order Approving Loan Modification Agreement.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Relief from the Automatic Stay and all exhibits, have been sent VIA CM/ECF electronic filing and/or standard first class U.S. mail on this 14th day of May, 2012 to the following:

Virgil L Bonds, 6315 Angus Valley Drive, Wesley Chapel, Fl 33544

Rosa J Bonds, 6315 Angus Valley Drive, Wesley Chapel, Fl 33544

Erik J Washington, Kaufman, Englett & Lynd, Pllc, 111 N Magnolia Avenue, Orlando, Fl 32801

Nicole M. Cameron, 235 Apollo Beach Boulevard, #231, Apollo Beach, Fl 33572

United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Fl 33602

\_\_/s/Samantha Carr_____
Samantha Carr
FL Bar # 74137
SHAPIRO, FISHMAN & GACHÉ, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: sacarr@logs.com

11-239349 BK01