IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

**Virgil L Bonds and Rosa J Bonds**

    Debtor(s).

                                           CASE NO. 12-04900-MGW
                                           CHAPTER 7

_____/

**ORDER GRANTING WELLS FARGO BANK, NA'S
MOTION FOR RELIEF FROM STAY**

This case is before the Court upon the Motion for Relief from Stay (Doc # 15) filed by WELLS FARGO BANK, NA ("Movant"), on June 15, 2012.  The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 21 days from the date the Motion was entered on the docket. No appropriate objections having been filed, it is

    **ORDERED:**

    1.    The Motion for Relief from Stay is granted.

    2.    The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant and Movant may proceed with the foreclosure of its lien on the following property:

> **A TRACT OF LAND LYING IN SECTION 2, TOWNSHIP 26 SOUTH, RANGE 19 EAST, PASCO COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEING AT THE SOUTHWEST CORNER OF THE STATED SECTION 2; THENCE RUN EAST(ASSUMED BEARING) ALONG THE SOUTH BOUNDARY OF THE STATED SECTION 2, A DISTANCE OF 3,370.17 FEET; THENCE RUN NORTH 00° 11' 18" EAST, A DISTANCE OF 300.00 FEET, THENCE RUN EAST A DISTANCE OF 150.00 FEET; THENCE RUN SOUTH 00°**

**11' 18" WEST, A DISTANCE OF 300.00 FEET; THENCE RUN WEST A DISTANCE OF 150.00 FEET TO THE POINT OF BEGINNING.**

**a/k/a 26628 CHIANIAN DRIVE, ZEPHYRHILLS, FL 33544**

3. The entry of this Order does not prevent the Debtor(s) from reinstating or paying off the amounts due and owing, including bankruptcy attorney's fees and costs, as permitted by state law and the Note and Mortgage.

4. This Order is entered for the sole purpose of allowing Movant, its successors and/or assigns, to commence and/or continue to prosecute through judgment, sale, certificate of title and possession, a foreclosure against the property described above.

5. Movant may pursue its relief *in rem* only and may not seek or obtain an in personam judgment against the Debtor(s).

6. It is further ordered that Movant may offer and provide Debtor(s) with information in regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor(s) provided the agreement complies with the Bankruptcy Code and all other applicable law. Movant, however, may not enforce or threaten to enforce any personal liability against Debtor(s) if Debtor(s) personal liability is discharged in this bankruptcy.

      7.      The stay imposed by Fed.R.Bankr.P. 4001(a)(3) is waived.

DONE AND ORDERED at TAMPA Florida ON  July 12, 2012 _____.

_____
MICHAEL G. WILLIAMSON
UNITED STATES BANKRUPTCY JUDGE

Copies Furnished To:

Virgil L Bonds
6315 Angus Valley Drive
Wesley Chapel,   FL 33544

Rosa J Bonds
6315 Angus Valley Drive
Wesley Chapel,   FL 33544

Erik J Washington, Esquire
111 N Magnolia Avenue
Suite 1600
Orlando,   FL 32801

Nicole M. Cameron, Trustee
235 Apollo Beach Boulevard, #231
Apollo Beach,   FL 33572

WELLS FARGO BANK, NA
ATTENTION:   Bankruptcy Department
MAC#D3347-014
3476 Stateview Boulevard
Ft. Mill, SC   29715

Teresa M Hair
Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, Florida   33622-5018

B12006476